# *GUZMAN & MILLER, LLP*
*Attorneys at Law*

*Main office*

*263 Smithtown Boulevard*
*Nesconset, NY 11767*
*Office: 516-222-0099*
*Fax: (516) 222-0079*

*801 South Broadway*
*Hicksville, NY, 11801*

*Stacey Rinaldi Guzman*
*Wayne G. Miller*
*Jack Stanton (Retired)*

*Michael Patigalia*


July 7, 2026

**VIA ECF**

Honorable Magistrate Judge Gary Stein
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

**Re:** **De Jesus Vasquez Cid v. Bisignano**
**Case#:** **1:26-cv-02648**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR JUDGMENT ON THE PLEADINGS**

Honorable Magistrate Judge Stein:

The undersigned represents the above-captioned Plaintiff. The Plaintiff's Motion for Judgement on the Pleadings was due on July 1, 2026 and the Plaintiff is requesting an extension of time in order to submit same to August 7, 2026.

Most unfortunately, due to a scheduling error, the Plaintiff was unable to submit his motion as originally scheduled. Immediately upon discovering this error, the undersigned contacted opposing counsel, who upon request, consented to an extension of time wherein the Plaintiff would submit his Motion for Judgment on the Pleadings by August 7, 2026 and, opposing counsel would submit his Cross Motion and Opposition on or before October 6, 2026.

In light of the foregoing, the undersigned respectfully requests that Your Honor grant the within request. We apologize for any inconvenience this request may cause this Honorable Court. We respectfully await Your Honor's reply and appreciate Your attention to this matter.

Respectfully submitted,

GUZMAN & MILLER, LLP

***Stacey Rinaldi Guzman***
Stacey R. Guzman

SRG/sg

Application granted. Plaintiff's motion for judgment on the pleadings shall be filed by no later than August 7, 2026. Defendant's cross-motion and opposition is due by no later than October 6, 2026.

SO ORDERED.

Date: New York, New York
July 10, 2026

Gary Stein
United States Magistate Judge
Southern District of New York